Ricky J. Shugart

Dated: Nov. 30, 2015

Clerk of Court
Mr. Nancy Young
Fannin County COURTHOUSE 201
Bonham, TX 75418

FILED FOR
FANNIN COUNTY TEXAS
2015 DEC -7 AM
NANCY YOUNG
DISTRICT
BY _____ DEPUTY

5120 CR 2025
Ivanhoe, TX 75447

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/7/2015 3:57:40 PM
DEBBIE AUTREY
Clerk

1917471 CR10
1391 FM 528
Tennessee Colony, TX
75880

Re: SHUGART; Ricky J., VS. THOMPSON; David, et. al., No CV-15-42338
In the 336TH Judicial District Court of Fannin County;

**NOTICE OF APPEAL & REQUEST TO CLERK PREPARING RECORD**

Dear Ma'am,

On Nov. 17, 2015 Judge Laurine Blake granted the Respondents Plea to Jurisdiction, Motion to Dismiss, etc & issued Judgment in this case for the Respondents, and pursuant to the Texas Rules of Appellate Procedure, Rule 25.1(b) & Section 51.014, Tex. Civ. Prac & Rem. Code Petitioner gives NOTICE OF APPEAL, with attached affidavit of Indigency & request to proceed on appeal in forma pauperis under Rule 20.1(a)(3).

Please note I will not be seeking Post-judgment request for findings of fact, motion to modify judgment, etc.; but do request the Clerk's Record on appeal include all post-judgment motions, letters & documents filed by Petitioner, including and not limited to those specifically designated in Petitioner's "Motion for Reconsideration of Dismissal & Affidavit" for such reconsideration, and objection thereof, inter alia.

Petitioner requests the appeal be taken to the 4th Court of Civil Appeals and requests designation to the senior Judge if he will accept it. May Justice Be Served.

CERTIFICATE OF SERVICE

The undersigned hereby certifies a true & correct copy of this document & those included in this mailing has been mailed 1st Class to Respondents Attorney James Tidwell, at 320 N. Travis St, Suite 205, Sherman TX 75090 on this 30th day of Nov. 2015.

*Ricky J. Shugart*

*Ricky J Shugart*
Petitioner, Pro Se, Ricky J Shugart